**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 01-2066

---

NED N. CARY, JR.,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION; COMMONWEALTH
OF VIRGINIA; US ATTORNEY'S OFFICE; THE UNITED
STATES ATTORNEY GENERAL'S OFFICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Dennis W. Dohnal, Magistrate Judge. (CA-01-31)

---

Submitted:  January 31, 2002       Decided:  February 13, 2002

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ned N. Cary, Jr., Appellant Pro Se.  Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; George G. Davidson, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland; Louis Edward Matthews, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ned N. Cary, Jr., appeals the district court's order: (1) denying relief on his complaint alleging a violation of 42 U.S.C.A. § 1983 (West Supp. 2001); and (2) upholding the Commissioner's decision that Cary is not entitled to disability insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cary v. Social Security Admin., No. CA-01-31 (E.D. Va. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2